# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION - DETROIT

IN RE:

        Case No:19-44715
        Chapter 13
        Hon: McIvor

Tasha Wilkins
        Debtor(s).

_____/

Credit Union One,
        Plaintiff,
v.        Adv Proc. No. 19-4221

Tasha Wilkins,
        Defendant.      /
CHRISTOPHER E. FRANK (P67169)
chrisf@leducfrank.com
Attorney for Creditor
P.O. Box 2191
Royal Oak, MI 48068
248-268-2224
_____/

## **CONSENT JUDGMENT**

Based upon the stipulation of the parties in resolution of the Plaintiff's Adversary Proceeding Complaint,

IT IS ORDERED that the debt of Defendant, Tasha Wilkins, to Creditor shall be non-dischargeable in the amount of $1,350.00.

IT IS FURTHER ORDERED that the debt shall be paid as a Class 8 Claim in the Chapter 13 Plan.

IT IS FURTHER ORDERED that any remaining portion of the debt not paid in the Chapter 13 Plan shall remaining non-dischargeable.

**Signed on August 06, 2019**



/s/ Marci B. McIvor
Marci B. McIvor
United States Bankruptcy Judge